**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS ARIEL SORNOZA INTRIAGO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-277-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**SHOW CAUSE ORDER & PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY & DISTRICT**

On this day, the Court considered Luis Ariel Sornoza Intriago's Petition for a Writ of Habeas Corpus, ECF No. 1. Sornoza Intriago is held in immigration detention at the ERO El Paso Camp East Montana Detention Facility in El Paso, Texas. Pet. ¶¶ 3, 64. He argues that his detention is unlawful and asks the Court to order his release or a bond hearing. *Id.* ¶¶ 73–105; *id.* at 28–29. He also requests that Respondents be prevented from transferring him outside the District. *Id.* at 28.

Sornoza Intriago entered the United States in February 2023. *Id.* ¶¶ 1, 59. He was apprehended by immigration authorities at the border and released under a supervision program. *Id.* at ¶ 59. On January 29, 2026, Sornoza Intriago was arrested by immigration authorities in Minnesota and re-detained. *Id.* ¶¶ 2, 60. As alleged, his case appears materially indistinguishable from several others in which this Court has found a procedural due process violation. *See, e.g.*, *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 674–688 (W.D. Tex. 2025). Of course, Respondents are nevertheless permitted to state their position before a ruling. In doing so, Respondents are encouraged to avoid boilerplate arguments that this Court has already

rejected. Absent new authority, they may assume that the Court's position on the law has not changed and explain whether the facts of Sornoza Intriago's case warrant a different outcome.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by **no later than February 10, 2026**, why the application for a writ of habeas corpus should not be granted. *See Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC, 2025 WL 3254930, at *2 & n.1 (W.D. Tex. Aug. 26, 2025). The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

**IT IS FURTHER ORDERED**, under its inherent authority to preserve and assess its own jurisdiction, that Respondents **SHALL NOT** (1) remove or deport Sornoza Intriago from the United States, or (2) transfer Sornoza Intriago to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel. *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

**SO ORDERED**.

**SIGNED** this 3rd day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE